GRAVES, J., did not participate in the consideration of this case.

### WHITE v. STATE.
### No. 20044.

Court of Criminal Appeals of Texas.

Dec. 21, 1938.

Earl M. Greer, of Wills Point, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for driving an automobile while appellant was intoxicated, punishment being a fine of fifty dollars and confinement in jail for five days.

The record contains neither statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.